**Frank Zimmer, administrator of estate of Joseph Zimmer, deceased, appellee, v. Chance S. Hill, appellant. Gen. No. 9,359.**

**Chance S. Hill, appellant, v. John Dallner and Frank Zimmer, administrator of estate of Joseph Zimmer, deceased, appellees. Gen. No. 9,360.**

614

Opinion filed April 20, 1939.

Hadley & Weaver, for appellant; Charles W. Hadley and John S. Woodward, of counsel. Ryan, Sinnot & Miller, for certain appellee. Herbert A. Grotefeld and Alschuler, Putnam & Johnson, for certain other appellee; Herbert A. Grotefeld and Edward F. Streit, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.